LOEB & LOEB LLP
PETER S. SELVIN (SBN 094710)
pselvin@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:    310-282-2200

JS-6

Attorneys for PLAINTIFF
IAPMO RESEARCH AND
TESTING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAPMO RESEARCH AND TESTING, INC., a California corporation, | Case No. CV 10-6098-R(JCx) |
| Plaintiff, | Assigned to Hon. Manuel L. Real |
| v. | **FINAL JUDGMENT BASED ON STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |
| MR DIRECT INC. d/b/a MR DIRECT INTERNATIONAL, an Ohio corporation; KENNETH WEGRZYN, an individual, | |
| Defendants. | Complaint Filed:   August 16, 2010 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2071693.2
212481-10014

[PROPOSED] FINAL JUDGMENT BASED ON STIPULATED
PERMANENT INJUNCTION

1  Pursuant to the Stipulation for Entry of Judgment and Permanent Injunction
2  entered into herein by the parties hereto, the Court finds and determines that it has
3  jurisdiction over the subject matter of this action and personal jurisdiction over
4  defendant MR Direct.  The Court also finds that IAPMO R&T is the owner of the
5  ⬢® and UPC® marks, which are valid and incontestable under Registration No.
6  634672 and Registration No. 1,148,169, respectively, issued by the United States
7  Patent and Trademark Office.

8  Judgment is hereby granted to IAPMO R&T on its complaint herein. IT IS
9  HEREBY ORDERED, ADJUDGED AND DECREED that MR Direct, and
10  each of its officers, directors, employees, agents, servants, attorneys and
11  representatives, and all persons acting in concert or participating with them,
12  are hereby permanently enjoined from directly or indirectly using the ⬢ ® and
13  UPC® marks, or any other certification marks owned or controlled by
14  IAPMO R&T (collectively, the "Certification Marks"), or any marks similar
15  thereto or likely to cause confusion therewith, in connection with any product
16  as to which MR Direct does not have a valid Certificate of Listing, properly
17  issued by IAPMO R&T, in accordance with its applicable listing
18  requirements.

19  The Court shall retain jurisdiction over this action and the parties hereto to
20  implement, enforce, or construe this Final Judgment Based on Stipulation for Entry
21  of Permanent Injunction, or to punish any violations of its provisions, and the
22  Parties expressly consent to jurisdiction and venue in this Court for any future
23  proceedings in connection therewith.

25  Dated: Sept. 30, 2010          _____
26                                   Hon. Manuel L. Real
                                     Judge of the United States District Court

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2071693.2
212481-10014

2

[PROPOSED] FINAL JUDGMENT BASED ON STIPULATED
PERMANENT INJUNCTION

# PROOF OF SERVICE

I, Cathy Roybal, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause.  My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On September 29, 2010, I served a true copy of the **[PROPOSED] FINAL JUDGMENT BASED ON STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** on the parties in this cause as follows:

[**X**]    (**VIA U.S. MAIL**) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

James H. O'Doherty, Esq.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604-5573
jodoherty@slk-law.com
Facsimile No.:  (419) 241-6894

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2010, at Los Angeles, California.

                                                                 /s/ Cathy Roybal
                                                                  Cathy Roybal

LA2071693.2
212481-10014

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA2071693.2
212481-10014